1:19-CV-1170

# Exhibit 6

| US6285140 | Sale of Holiday Living Halloween Color changing LED L8100085XU12 ("The accused product") by Lowes ("The defendant") |
|---|---|
| 18. A variable-effect lighting system comprising: | The defendant offers for sale Holiday Living Halloween Color changing LED L8100085XU12, hereinafter referred to as "The accused product". <br><br> The accused product is a variable effect (e.g., 3 light effects) lighting system. <br><br>  |

|  | https://www.lowes.com/pd/Holiday-Living-Halloween-Color-changing-LED-Count-24-75-ft-Multi-function-LED-Plug-In-Halloween-String-Lights-ENERGY-STAR/1001039504 |



| a lamp assembly comprising a plurality of multi-coloured lamps in series with an AC voltage source and in series with each other, the AC voltage source having a first voltage phase and a second voltage phase opposite the first phase, | The accused product comprises a lamp assembly comprising a plurality of multi-coloured lamps (e.g., there are 4 sets of 25 orange LEDs paired with purple LEDs) in series with an AC voltage source (e.g., the 25 pairs of LEDs are in series to a 120V ~ 60Hz, 1A AC power source) and in series with each other (e.g. the 25 sets of LED pairs are all in series with each other), the AC voltage source having a first voltage phase (e.g., positive voltage) and a second voltage phase (e.g., negative voltage) opposite the first phase (e.g., an AC power supply has first and second opposite phases).<br><br><br><br>https://www.lowes.com/pd/Holiday-Living-Halloween-Color-changing-LED-Count-24-75-ft-Multi-function-LED-Plug-In-Halloween-String-Lights-ENERGY-STAR/1001039504 |
|---|---|



| | As disclosed below accused product has 4 parallelly connected sets of 25 serially connected LEDs.  |
|---|---|
| each said multi-coloured lamp comprising a first illuminating | Each of the multi-coloured lamps utilized by the accused product comprises a first illuminating element for producing a first colour (e.g., orange color) of light during the first voltage phase (e.g., positive voltage), and a second illuminating element for producing a second colour (e.g., purple color) of light different from the first colour during the second voltage phase (e.g., negative voltage). |

| | |
|---|---|
| element for producing a first colour of light during the first voltage phase, and a second illuminating element for producing a second colour of light different from the first colour during the second voltage phase; and | The bicolor LEDs have two back to back connected LEDs such that when positive voltage is applied to the terminals of LED then one LED illuminates and when negative voltage is applied to the terminals of LED then another LED illuminates. |
| a programmable lamp controller coupled to the | The accused product comprises a programmable lamp controller (e.g., an 8-pin controller chip) coupled to the lamp assembly for setting a conduction angle (e.g., conduction angle set by the controller) of each said illuminating element according to at least one predetermined pattern (e.g., one of the 3 patterns selected by the |

| | |
|---|---|
| lamp assembly for setting a conduction angle of each said illuminating element according to at least one predetermined pattern, each said predetermined pattern being stored in a memory of the controller. | user), each said predetermined pattern being stored in a memory of the controller (e.g. the accused product must have a memory where the preprogramed lighting patterns are stored).<br><br>As disclosed below controller of the accused product is attached with a triac. The triac conducts current in either direction when triggered and hence allows the controller to vary the conduction angle. |



| | |
|---|---|
| |  |
| 19. The lighting system according to claim 18, wherein each said | The accused product comprises multi-coloured lamps (e.g., orange and purple LEDs) comprising a pair of light-emitting diodes connected back-to-back, a first light-emitting diode of the light-emitting diode comprising the first illuminating element (e.g., illuminating element used for the orange color) and a second light-emitting diode |

| | |
|---|---|
| multi-coloured lamp comprises a pair of light-emitting diodes connected back-to-back, a first light-emitting diode of the light-emitting diode comprising the first illuminating element and a second light-emitting diode of the light-emitting diode pair comprising the second illuminating element. | of the light-emitting diode pair comprising the second illuminating element (e.g., illuminating element used for the purple color).<br><br> |
| 20. The lighting system according to claim 18, wherein the at | The accused product comprises various patterns which are selectable according to a user-operable input (e.g., switch operation by a user) to the controller (e.g., an 8-pin controller chip). |

least one pattern is selectable according to a user-operable input to the controller.







