**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

LAUNCHIP, LLC,

Plaintiff,

v.

LOWE'S COMPANIES INC.,

Defendants.

Case No. 1:19-CV1170

The Honorable Judge Lee Yeakel

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

Plaintiff Launchip LLC ("Launchip") and Defendant Lowe's Companies Inc. ("Lowe's") together respectfully request that the Court grant its motion for a 30-day extension for Lowe's to respond to Launchip's complaint. If the Court grants this motion, the period for filing the Answer or otherwise responding would be extended from December 26, 2019 to January 27, 2020. In support, the parties state as follows:

1. Launchip filed its complaint initiating this action against Lowe's on November 27, 2019.
2. The complaint and summons for this action were served on Lowe's on December 5, 2019.
3. No prior extension has been sought or obtained.
4. On December 23, 2019, counsel for Lowe's contacted Isaac Rabicoff, counsel for Plaintiff, and Mr. Rabicoff consented to a 30-day extension of time to answer or otherwise respond. The parties intend to conduct negotiations; thus, an extension of time is necessary to explore their options.
5. Under Federal Rule of Civil Procedure 6(b), the Court may, for good cause, extend the time for Lowe's to file its Answer or Respond to Launchip's complaint.

Lowe's and Launchip thus respectfully request this Court to enter an Order extending Lowe's time to file an Answer or Respond to Launchip's complaint.

Dated: December 26, 2019

Respectfully submitted,

By: ***/s/ Isaac Rabicoff***
Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe Street
Chicago, IL 60603
Tel: (773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff Launchip, LLC**

***/s/ Kevin Collins***
Kevin Collins
Texas State Bar # 24050438
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 494-3640
Facsimile: (800) 404-3970
kevin.collins@bracewell.com

**Counsel for Defendant Lowe's Companies Inc.**

Motions for Admission Pro Hac Vice Pending for the following attorneys:

Robert McCauley
California State Bar # 162056
**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: +1 650 849 6600
Facsimile: +1 650 849 6666
robert.mccauley@finnegan.com

Trenton Ward
Georgia State Bar # 737779
Benjamin R. Schlesinger
Georgia State Bar # 968326
**Finnegan, Henderson, Farabow, Garrett, & Dunner L.L.P.**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Facsimile: (404) 653-6444
trenton.ward@finnegan.com
benjamin.schlesinger@finnegan.com

**Counsel for Defendant Lowe's Companies Inc.**

**CERTIFICATE OF CONFERENCE**

On December 23, 2019, counsel for Lowe's contacted Isaac Rabicoff, counsel for Plaintiff, and Mr. Rabicoff consented to a 30-day extension of time to answer or otherwise respond.

***/s/ Kevin Collins***
Kevin Collins

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically submitted this document using the CM/ECF system which sent notification to all case participants.

***/s/ Kevin Collins***
Kevin Collins